**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X

FRED MOGUL,

                Plaintiff,

      -against-

NEW YORK PUBLIC RADIO, WNYC,
and AUDREY COOPER,

                Defendants.

**NOTICE OF MOTION TO REMAND TO SUPREME COURT OF THE STATE OF NEW YORK OR OPPORTUNITY TO AMEND AND THEN REMAND TO SUPREME COURT**

No. 21-cv-5882 (CM)
[rel. 21-cv-4972 (CM)]

------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Remand, dated July 31, 2021, the Declaration of Cynthia Rollings in Support of Plaintiff's Motion to Remand, dated July 31, 2021 and accompanying exhibits, and the papers and pleadings in this action, Plaintiff moves this Court pursuant to 28 U.S.C. §§ 1446 and 1447 to remand this action to the New York State Supreme Court, New York County, or in the alternative, for an opportunity to amend his Complaint pursuant to Fed. R. Civ. P. 15 (a), and then remand to the Supreme Court, together with such other and further relief as may be just and proper.

|  |  |
|---|---|
| Dated: New York, New York<br>July 31, 2021 | Respectfully submitted,<br><br>*/s/ Cynthia Rollings*<br>_____<br>Cynthia Rollings<br>Luna Droubi<br>Rebecca Pattiz<br>BELDOCK LEVINE & HOFFMAN LLP<br>99 Park Avenue, PH Suite<br>New York, New York 10016<br>*Attorneys for Plaintiff Fred Mogul* |

To:  Wendy C. Butler
     Justin David Martin
     Jones Day (NYC)
     250 Vesey Street
     New York, NY 1028
     *Attorneys for Defendants*