UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FRED MOGUL,

                                Plaintiff,

             -against-

NEW YORK PUBLIC RADIO, WNYC,
and AUDREY COOPER,

                                Defendants.

**DECLARATION OF CYNTHIA ROLLINGS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND TO SUPREME COURT OF THE STATE OF NEW YORK OR OPPORTUNITY TO AMEND AND THEN REMAND TO SUPREME COURT**

No. 21-cv-5882 (CM)
[rel. 21-cv-4972 (CM)]

------------------------------------------------------------------ X

CYNTHIA ROLLINGS, an attorney duly authorized to practice in the courts of New York and in this Court declares as follows:

1. I am an attorney at Beldock Levine & Hoffman LLP, attorneys for Plaintiff in this action. I am familiar with the facts of this case and I submit this declaration in support of Plaintiff's Motion to Remand the action to the Supreme Court of the State of New York.

2. Annexed hereto are the following exhibits:

**Exhibit 1**:    Summons with Notice, dated May 5, 2021

**Exhibit 2**:    Email string between Wendy Butler and Cynthia Rollings, dated May 12, 2021

**Exhibit 3**:    Affidavit of Service, dated May 13, 2021

**Exhibit 4**:    Acknowledgement of Receipt of Service, dated June 8, 2021

**Exhibit 5**:    Notice of Appearance and Demand for Complaint, dated June 10, 2021

**Exhibit 6**:   Plaintiff's Complaint

Dated: New York, New York
July 31, 2021

_____
Cynthia Rollings