IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fred Mogul,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK PUBLIC RADIO; WNYC;<br>and AUDREY COOPER,<br><br>　　　　Defendants. | No. 21-cv-05882-CM<br>[rel. 1:21-cv-04972-CM-RWL] |

**DECLARATION OF WENDY BUTLER IN SUPPORT OF
DEFENDANT NEW YORK PUBLIC RADIO'S
<u>OPPOSITION TO PLAINTIFF'S MOTION TO REMAND</u>**

I, Wendy C. Butler, declare and state:

1.　　I am a partner of the law firm Jones Day, 250 Vesey Street, New York, New York, 20281, counsel for Defendants in the above-captioned matter.  The facts set forth in this Declaration are of my own personal knowledge, and if called as a witness, I could and would testify competently to their truth.

2.　　Attached as **Exhibit 1** to this Declaration is a true and accurate copy of the collective-bargaining agreement between Defendant New York Public Radio and the Plaintiff Fred Mogul's union, Screen Actors Guild – American Federation of Television and Radio Artists, New York Local.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: August 16, 2021             */s/ Wendy Butler*
Wendy Butler
JONES DAY
250 Vesey Street
New York, New York 10281
(212) 326-7822
wbutler@jonesday.com

*Counsel for Defendants*