# EXHIBIT B

# Fred Mogul

## Healthcare and Medicine Reporter, WNYC News



Follow @fredmogul

Fred Mogul has been covering healthcare and medicine for WNYC since 2002.

His beat has him talking to patients, healthcare providers, researchers and officials in hospitals, clinics, health agencies and labs across the region. Through a fellowship with NPR and Kaiser Health News, his stories frequently run nation-wide. His work has also appeared in *The New York Times*, *Time* magazine, the *Philadelphia Inquirer and* many other outlets.

His first work in radio was at WFCR in western Massachusetts during college, and he then worked as a staff reporter and free-lance writer for newspapers, magazines, and wire services. He also produced historical, public affairs and health documentaries and shows for public and cable television, before circling back to public radio at WHYY and WRTI in Philadelphia. Raised in Westchester County, he has also lived in Israel, Hong Kong, Washington, D.C., Kansas and Nebraska. He lives in Brooklyn with his wife, daughter, son and dog.

*Read Fred's latest reporting on Gothamist.*