# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-7822
WBUTLER@JONESDAY.COM

November 11, 2021

MEMO ENDORSED

OK


11/12/2021

VIA ECF

The Honorable Colleen McMahon
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Screen Actors Guild – American Federation of Television and Radio Artists, New York Local v. New York Public Radio*
Case No. 1:21-cv-04972-CM-RWL [rel. 1:21-cv-5882]

Dear Judge McMahon:

We represent Defendant New York Public Radio in the above-referenced matter, and write on behalf of both parties. To allow time for settlement discussions, the parties request that the Court extend (1) the parties' deadline to submit additional authority pursuant to the Court's November 9, 2021 Order (ECF No. 28) from November 16, 2021 until December 7, 2021, and (2) the parties' deadline to exchange initial disclosures from December 7, 2021 until December 29, 2021.

The parties are engaged in settlement discussions that should conclude by November 24, 2021, and believe that it would be most efficient to exhaust the possibility of a settlement prior to incurring further litigation expenses.

This is the second extension request for each party: on August 12, 2021 the Court granted the parties' letter request to extend Defendant's deadline to reply in support of its motion to dismiss and Plaintiff's deadline to reply in support of its cross-motion to compel arbitration. (*See* ECF No. 25.) Neither extension sought in this request will affect any other scheduled dates.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2021

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Case 1:21-cv-04972-CM Document 29 Filed 11/11/21 Page 2 of 2

JONES DAY

The Honorable Colleen McMahon, United States District Judge
November 11, 2021
Page 2

                                              Respectfully submitted,

                                              */s/ Wendy C. Butler*

                                              Wendy C. Butler

cc: Olivia Singer
    Susan Davis
    Megan Shaw