# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021

MEMO ENDORSED

Direct Number: (212) 326-7822
WBUTLER@JONESDAY.COM

December 2, 2021

MEMO ENDORSED

VIA ECF

The Honorable Colleen McMahon
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

OK
*(signed)* Colleen McMahon
12/3/2021

Re: *Screen Actors Guild – American Federation of Television and Radio Artists, New York Local v. New York Public Radio*
Case No. 1:21-cv-04972-CM-RWL [rel. 1:21-cv-5882]

Dear Judge McMahon:

We represent Defendant New York Public Radio in the above-referenced matter, and write on behalf of both parties. To allow additional time for continued settlement discussions, the parties request that the Court extend (1) the parties' deadline to submit additional authority pursuant to the Court's November 9, 2021 Order (ECF No. 28) from December 7, 2021 until January 7, 2022, and (2) the parties' deadline to exchange initial disclosures from December 29, 2021 until January 28, 2022.

The parties continue to engage in productive settlement discussions, and therefore continue to believe that it would be most efficient to progress towards settlement instead of incurring further litigation expenses at this time.

This is the third extension request for each party: on August 12, 2021, the Court granted the parties' letter request to extend Defendant's deadline to reply in support of its motion to dismiss and Plaintiff's deadline to reply in support of its cross-motion to compel arbitration (*see* ECF No. 25), and on November 12, 2021 the Court granted the parties' letter request for an extension of the same deadlines subject to the instant request (ECF No. 36). Neither extension sought in this request will affect any other scheduled dates.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Colleen McMahon, United States District Judge
December 2, 2021
Page 2

                Respectfully submitted,

                */s/ Wendy C. Butler*

                Wendy C. Butler

cc: Olivia Singer
    Susan Davis
    Megan Shaw